UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LANGENDOERFER,

    Plaintiff,

 v.

LINDA WILLIAMSON,

    Defendant.

CASE NO. 24-1328-BHS

ORDER

  THIS MATTER is before the Court on Magistrate Judge Kate Vaughn's Report and Recommendation (R&R), recommending the Court grant pro se plaintiff Langendoerfer's motion for voluntary dismissal, dismiss this matter without prejudice, and deny as moot defendant Williamson's pending motion for judgment on the pleadings. Dkt. 39.

  A district judge must determine de novo any part of a magistrate judge's proposed disposition *to which a party has properly objected*. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P.

ORDER - 1

72(b)(3). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Neither party has objected to the R&R, and it is not clearly erroneous or contrary to law. The R&R is **ADOPTED**. This matter is dismissed without prejudice. Williamson's motion for judgment on the pleadings, Dkt. 22, is **DENIED** as moot.

The clerk shall close the case.

**IT IS SO ORDERED**.

Dated this 22nd day of April, 2025.

BENJAMIN H. SETTLE  
United States District Judge